TUCKER ELLIS LLP
MOLLIE F. BENEDICT SBN 187084
mollie.benedict@tuckerellis.com
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

TUCKER ELLIS LLP
DUSTIN B. RAWLIN (*pro hac vice*)
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009

Attorneys for Defendant
MENTOR WORLDWIDE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANITA LAUX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MENTOR WORLDWIDE, LLC; MENTOR CORPORATION; ETHICON, INC.; JOHNSON & JOHNSON and JOHN DOE DEFENDANTS # 1-10,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01026-ODW-AGR<br><br>Hon. Otis D. Wright, II<br><br>**DECLARATION OF DUSTIN B. RAWLIN IN SUPPORT OF MENTOR WORLDWIDE LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　September 11, 2017<br>Time:　2:30 p.m.<br>Ctrm.:　5D<br><br>Pretrial Conference: September 18, 2017<br>Trial Date: September 26, 2017 |

I, Dustin B. Rawlin, declare as follows:

1.　I am an attorney at law duly authorized to practice before all courts of the

state of Ohio. I was admitted *pro hac vice* to represent Defendant Mentor Worldwide LLC in this case. The facts stated hereunder are true, known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2.  I am an attorney at Tucker Ellis LLP, attorneys of record for Defendant Mentor Worldwide LLC.

3.  A true and correct copy of Plaintiff's Complaint in the above-captioned matter is attached hereto as Exhibit A.

4.  A true and correct copy of the FDA's May 10, 2000 pre-market Approval Order and Summary of Safety and Effectiveness for Mentor Saline Breast Implants (P990075) is attached hereto as Exhibit B.

5.  A true and correct copy of relevant excerpts of the deposition of Pierre Blais, Ph.D., dated January 30, 2017, is attached hereto as Exhibit C.

6.  A true and correct copy of the sworn declaration of Hoshang Kotivand is attached hereto as Exhibit D.

7.  A true and correct copy of relevant excerpts of the deposition of Juris Bunkis, dated January 13, 2017, is attached hereto as Exhibit E.

8.  A true and correct copy of relevant excerpts of the deposition of Susan Kolb, MD, dated January 20, 2017, is attached hereto as Exhibit F.

9.  A true and correct copy of Pierre Blais' expert report prepared for Joann Cottengim, which was attached as an exhibit to Mentor's Motion to Exclude Testimony of Pierre Blais, Ph.D. filed on February 27, 2007, in *Cottengim v. Mentor Corp.*, No. 2:05-cv-00161-DLB-JGW (E.D. Ky.) [Doc. 18] is attached hereto as Exhibit G.

10. A true and correct copy of Pierre Blais' expert report prepared for Deborah Alfred, which was attached as an exhibit to Mentor's Motion to Exclude Testimony of Pierre Blais, Ph.D. filed on November 28, 2006, in *Alfred v. Mentor Corp.*, No. 3:05-cv-00483-JBC-JDM (W.D. Ky.) [Doc. 26] is attached hereto as Exhibit H.

11. A true and correct copy of Pierre Blais' expert report prepared for Elizabeth Lakey, which was filed as part of plaintiff's Initial Disclosures on May 27, 2005, in

*Lakey v. Mentor Corp.*, No. 1:05-cv-00929-TCB [Doc. 8] is attached hereto as Exhibit I.

12. A true and correct copy of the sworn declaration of Nicole Bwrede is attached hereto as Exhibit J.

13. A true and correct copy of the Declaration of Alan C. Milstein in Support of *Ex Parte* Application to Withdraw as Counsel for Plaintiff Anita Laux and Motion to Stay All Deadlines for 30 Days, ECF No. 44-2, ¶ 18, is attached hereto as Exhibit K.

14. A true and correct copy of the December 17, 2013 order granting Mentor's Motion to Dismiss in *Clore v. Mentor Worldwide LLC*, No. 17-cv-0003-CVE-TLW (N.D. Okla. Apr. 24, 2017) is Attached hereto as Exhibit L.

15. A true and correct copy of the December 17, 2013 order granting Mentor's Motion to Dismiss in *Ford v. Mentor Worldwide, LLC*, No. 2:13-cv-06317-SSV-KWR is Attached hereto as Exhibit M.

16. A true and correct copy of the August 21, 2012 minute order granting Mentor's Motion for Judgment on the Pleadings in *Harris v. Mentor Worldwide LLC*, No. 12-cv-916-JAM-GGH is attached hereto as Exhibit N.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed by me on this 4th day of August, 2017 at Cleveland, Ohio.

DATED: August 4, 2017          Tucker Ellis LLP


                               By:   */s/ Dustin B. Rawlin*
                                     Dustin B. Rawlin (*pro hac vice*)
                                     Attorney for Defendant
                                     Mentor Worldwide LLC