# United States District Court
# Central District of California

| | |
|---|---|
| ANITA LAUX, <br><br> Plaintiff, <br><br> v. <br><br> MENTOR WORLDWIDE, LLC; and DOES 1-10, inclusive <br><br> Defendants. | Case № 2:16-cv-01026-ODW(AGR) <br><br> **JUDGMENT** |

On December 29, 2015, Plaintiff filed this action in the Ventura County Superior Court. (ECF No. 1-2.) Defendant Mentor Worldwide, LLC subsequently removed the case to federal court, and moved for summary judgment on all of Plaintiff's claims. (ECF Nos. 1, 59.) The Court granted Defendant's Motion for Summary Judgment in full. (ECF No. 96.)

///
///
///
///
///

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Anita Laux shall recover nothing from Defendant Mentor Worldwide, LLC;

2. Plaintiff Anita Laux's Complaint is dismissed on the merits and with prejudice; and

3. Each party shall bear their own costs.

**IT IS SO ORDERED.**

November 8, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**